IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHELSEA L. DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-0524-N |
| | § | |
| LESLIE D. WARE, | § | |
| | § | |
| Defendant. | § | |

## ORDER

This Order addresses Defendant Leslie D. Ware's emergency motion for sealing order [4]. The Court grants the motion. The Court orders that all further filings in this case be made under seal and that all items previously docketed in this case be sealed, with the exception of this Order.[1]

---

[1] The Court acknowledges that Davis has named the undersigned as a defendant in two cases. *See Davis v. Southern Methodist University, et al.*, Civil Action No. 3:15-CV-488-P-BF (N.D. Tex. filed Feb. 11 2015); *Davis v. Southern Methodist University, et al.*, Civil Action No. 3:15-CV-531-K-BK (N.D. Tex. filed Feb. 11 2015). As the Fifth Circuit has noted, "Judges are not required to recuse just because they have been or are involved in litigation with a party. Otherwise, parties could control which judges hear their case by filing lawsuits against all judges of whom they disapproved." *Ocean Oil Expert Witness, Inc. v. O'Dwyer*, 451 F. App'x 324, 329 (5th Cir. 2011) (footnote omitted); *see also Hassell v. United States*, 2004 WL 2331599, at *2 (N.D. Tex. 2004) (holding "unfounded, frivolous, and scurrilous allegations of a judge's crimes against [a party] are insufficient to establish grounds for recusal"). Accordingly, the undersigned may continue to preside over this action.

Signed February 19, 2015.

_____
David C. Godbey
United States District Judge

ORDER – PAGE 2