IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHELSEA L. DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-0524-N |
| | § | |
| LESLIE D. WARE, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

By separate Order of this same date, the Court granted Defendant Leslie D. Ware's motion to dismiss. Accordingly, Plaintiff Chelsea L. Davis's claims in this action are dismissed with prejudice. Court costs are taxed against Davis. All relief not expressly granted is denied. This is a final judgment.

SIGNED May 15, 2015.

David C. Godbey
United States District Judge